## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>WILBUR L. JACKSON,　　　　　)<br>　　　　Defendant.　　　　　　)  | 8:99CR50<br><br>ORDER |

　　　　Defendant Wilbur L. Jackson appeared before the court on Friday, September 26, 2008 on an Amended Petition for Warrant or Summons for Offender Under Supervision [78]. The defendant was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. Defendant waived his right to a preliminary examination. The government did not request detention. Therefore, the defendant will be placed on home confinement with an ankle bracelet. The Probation Office is to inform the U.S. Marshal as to the availability of an ankle bracelet, at which time the defendant will be placed on home confinement on current conditions of supervision.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 17, 2008 at 11:30 a.m.** Defendant must be present in person.

　　　　2.　　The defendant is to be released on current conditions of supervision once an ankle bracelet becomes available.

　　　　DATED this 26th day of September, 2008.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge