IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>WILBUR L. JACKSON,<br><br>        Defendant. | 8:99CR50<br><br>ORDER |

    Defendant Wilbur L. Jackson (Jackson) appeared before the court on January 5, 2011, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 100). Jackson was represented by First Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. Through his counsel, Jackson waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Jackson should be held to answer for a final dispositional hearing before Judge Laurie Smith Camp.

    The government moved for detention. At the time of the hearing, Jackson was in the custody of Nebraska state authorities. The motion was held in abeyance pending Jackson coming into federal custody. Jackson waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending his dispositional hearing in these proceedings.

    **IT IS ORDERED**:

    A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 3:30 p.m. on April 4, 2011.** Defendant must be present in person.

    DATED this 5th day of January, 2011.

                                                                          BY THE COURT:

                                                                         s/Thomas D. Thalken<br>                                                                         United States Magistrate Judge